**Copyrights-In-Suit for IP Address 69.127.48.202**

**ISP:** Optimum Online High Speed Internet Service
**Location:** Bohemia, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Rainbow Dildo Lesbian Orgasms | PENDING | 10/16/2018 | 11/27/2018 | 10/20/2018 |
| 18 Year Old Cutie Sex With Myself | PENDING | 10/04/2018 | 10/09/2018 | 10/07/2018 |
| 18 Year Old Models First Time Threesome | PENDING | 09/30/2018 | 10/09/2018 | 10/03/2018 |
| Fashion Model Bikini Lesbians | PENDING | 09/25/2018 | 10/09/2018 | 10/02/2018 |
| A Girl Can Dream | PENDING | 09/19/2018 | 09/24/2018 | 09/30/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  5**

EXHIBIT B

ENY152