UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :    Case No. 2:18-cv-07162-JMA-SIL
                    Plaintiff,                                  :
                                                                :
        vs.                                                     :
                                                                :
JOHN DOE subscriber assigned IP address                         :
69.127.48.202,                                                  :
                                                                :
                    Defendant.                                  :
---------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 69.127.48.202. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 23, 2019

                                            Respectfully submitted,

                            By:    /s/ *Kevin T. Conway*
                                   Kevin T. Conway, Esq. (KC-3347)
                                   80 Red Schoolhouse Road, Suite 110
                                   Spring Valley, New York 10977-6201
                                   T: 845-352-0206
                                   F: 845-352-0481
                                   E-mail: ktcmalibu@gmail.com
                                   *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Kevin T. Conway</i>