**FILED
CLERK**

5/28/2019 12:25 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
:                Case No. 2:18-cv-07162-JMA-SIL
                    Plaintiff,                                  :
:
vs.                                                             :
:
JOHN DOE subscriber assigned IP address                         :
69.127.48.202,                                                  :
:
                    Defendant.                                  :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 69.127.48.202. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 23, 2019

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/28/2019

                                Respectfully submitted,

                        By:     /s/ *Kevin T. Conway*
                                Kevin T. Conway, Esq. (KC-3347)
                                80 Red Schoolhouse Road, Suite 110
                                Spring Valley, New York 10977-6201
                                T: 845-352-0206
                                F: 845-352-0481
                                E-mail: ktcmalibu@gmail.com
                                *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Kevin T. Conway</i>